IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID LAMBRIX, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the stipulation to modify conditions of probation regarding travel (filing 27) is granted. The defendant shall consult with his supervising probation officer to receive specific directions.

May 2, 2006.                                    BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge